Case 5:23-cv-00068   Document 40   Filed on 04/23/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| RIGOBERTO BARRIENTOS, §<br>   *Plaintiff,* §<br>§<br>v. §<br>§<br>ZAPATA COUNTY, §<br>RAYMUNDO DEL BOSQUE, JR., §<br>JOSE "JOEY" MARTINEZ, §<br>HECTOR SOLIS, §<br>JOSE RAMIREZ, §<br>  *and* §<br>ARIEL GONZALEZ, §<br>   *Defendants.* § | Civil No. 5:23-CV-00068 |

## SCHEDULING ORDER

On April 22, 2024, the Court conducted the Initial Pretrial and Scheduling Conference in this matter. Pursuant to the Conference, the Court now enters the following deadlines:

| PRETRIAL EVENTS | DEADLINES |
|---|---|
| Deadline for Initial Written Discovery | May 1, 2024 |
| Deadline for Joinder of All Parties | July 1, 2024 |
| Deadline to Amend the Pleadings[1] | Plaintiff(s): September 1, 2024 |
| | Defendant(s): October 1, 2024 |
| Deadlines to Designate Expert Witnesses[2] | **Plaintiff(s): October 1, 2024** |
| | **Defendant(s): November 1, 2024** |
| Deadline to Complete All Discovery, including depositions of expert witnesses | February 28, 2025 |

---

[1] This is the deadline to either amend the pleadings with the written consent of all parties or seek the Court's leave to amend the pleadings; the deadline to amend the pleadings as of right has already passed.

[2] The parties must file their lists of proposed expert witnesses with the Court by the deadlines but should **NOT** file reports or other discovery materials.

1 / 2

| | |
|---|---|
| Deadline to Complete ADR | March 7, 2025 |
| Deadline to File Dispositive Motions | April 11, 2025 |
| Deadline to File Pretrial Motions | May 1, 2025 |
| Status Conference | May 19, 2025, at 9:00 AM, by Zoom |

IT IS SO ORDERED.

Signed this April 23, 2024, at Laredo, Texas.

_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE