Case 5:23-cv-00068   Document 70   Filed on 12/30/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **RIGOBERTO BARRIENTOS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-68 |
| | § | |
| **ZAPATA COUNTY, et al.,** | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of the United States Magistrate Judge, (Dkt. No. 69), pertaining to Plaintiff's Motion for Leave to File Third Amended Complaint, (Dkt. No. 62). Plaintiff seeks "leave to amend narrowly to add a supplemental state-law tort claim for false arrest/false imprisonment under Texas common law." (*Id.* at 1). The Court referred the motion to the Magistrate Judge for a report and recommendation. (Dkt. No. 68).

In her report and recommendation, Magistrate Judge Song Quiroga recommends that Plaintiff's Motion for Leave to File Third Amended Complaint, (Dkt. No. 62), be **DENIED**. (Dkt. No. 69 at 5). Objections to the report and recommendation were due on December 18, 2025, (*Id.* at 6), and no objections were filed by any party. Given that there are no objections, pursuant to Federal Rule of Civil Procedure 72(b)(1), the Court reviewed the report and recommendation and applied the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Finding no abuse of discretion or clearly erroneous findings, the Court hereby **ADOPTS IN WHOLE** the report and recommendation, (Dkt. No. 69). Plaintiff's Motion for Leave to File Third Amended Complaint, (Dkt. No. 62), is **DENIED**.

It is so **ORDERED**.

**SIGNED** on December 30, 2025.

_____
John A. Kazen
United States District Judge